UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| U.S. Equal Employment Opportunity Commission | Civil No. | 1:22-CV-05357 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | Doughty |
| Walgreen, Co. | Magistrate Judge | Perez-Montes |
| Defendant | | |

## RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel (and any unrepresented parties) was held on June 16, 2023 by ☒ telephone or ☐ in person. The following persons participated: Elizabeth Owen participated for the U.S. Equal Employment Opportunity Commission ("EEOC"). Monique Weiner participated for Walgreens.

1. **Initial Disclosures:**

    The parties exchanged written initial disclosures on June 22, 2023, pursuant to Fed. Rule Civ. P. 26(a). The parties have agreed to produce documents identified in their written disclosures on or before July 28, 2023.

2. **Jurisdiction:**

    The parties do not challenge the Court's subject matter jurisdiction over this case.

3. **Joinder of Parties and Amendment of Pleadings:**

    A. The parties do not anticipate seeking leave to amend the pleadings and/or to add a party.

    B.

    C.

    D.

4. **Related Cases:**

    None.

5. **Discovery Issues:**

    A. This case will involve the production of Electronically Stored Information (ESI). In accordance with their Rule 26(f)(3)(C) obligations, the parties intend to meet-and-confer about the following outstanding issues: Preservation; Search and Review; Source(s) of Production; Form(s) of Production; Identification or Logging of Privileged Material; and Inadvertent Production of Privileged Material. As of this time, the parties do not anticipate needing the Court's intervention on these issues.

    B. The EEOC anticipates conducting some depositions remotely. Walgreens may take depositions in person or remotely.

    C.

    D.

6. **Alternative Dispute Resolution:**

    The parties are amenable to attempting to resolve this case amicably through a mediated settlement conference and believe resolution is possible at this time.

7. **Trial by Magistrate Judge:**

    The parties do not consent to trial by the Magistrate Judge.

| 6/22/2023 | /s/ *Elizabeth Owen* on behalf of Plaintiff Equal Employment Opportunity Commission |
|---|---|
| (Date) | (Signature and Party Represented) |
| 6/22/2023 | */s/ Monique Weiner* on behalf of Defendant Walgreen, Co. |
| (Date) | (Signature and Party Represented) |
| (Date) | (Signature and Party Represented) |
| (Date) | (Signature and Party Represented) |