# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>      PLAINTIFF, | CIVIL ACTION<br>NO. 1:22-CV-5357 |
| v. | DISTRICT JUDGE<br>TERRY A DOUGHTY |
| WALGREENS, CO.,<br>      DEFENDANT. | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

**NOW INTO COURT**, through undersigned counsel, come the plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC"), and the defendant, Walgreen Co. with this joint motion for the entry of a consent decree.

The EEOC and Walgreen Co. (collectively, the "parties") respectfully state as follows:

1. The parties have agreed to a settlement of the above-captioned action.

2. The settlement of this matter is fair and equitable, and it serves the purposes of the Americans with Disabilities Act ("ADA"), Title VII of the Civil Rights Act of 1964, (Title VII), and Title I of the Civil Rights Act of 1991.

3. The parties have approved the substance and form of a proposed consent decree, which is filed herewith, and the parties agree to the Court's entering of that proposed consent decree.

4. Entering the proposed consent decree will formalize the resolution of this matter and will not prejudice any of the parties.

**WHEREFORE**, the parties respectfully request that the Court grant their motion and that it approve and enter the proposed consent decree that is filed herewith.

Dated: March 14, 2024

Respectfully submitted,

**Rudy L. Sustaita**
Regional Attorney
U.S. Equal Employment Opportunity Commission

**Gregory T. Juge**
Assistant Regional Attorney
U.S. Equal Employment Opportunity Commission

 /s/ *Elizabeth J. Owen*
**Elizabeth J. Owen, T.A.**
La. Bar No. 33620
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130
Phone: (504) 635-2535
Email: elizabeth.owen@eeoc.gov

COUNSEL FOR THE EEOC

/s/ *Monique M. Weiner*
**Monique M. Weiner (#23233)**
KUCHLER POLK WEINER, L.L.C.
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone: (504) 592-0691
Telefax: (504) 592-0696
Email: mweiner@kuchlerpolk.com

COUNSEL FOR WALGREEN CO.